UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY YORDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLIMUS, INC. and GREAT HILL PARTNERS, LLC.,<br><br>　　　　　Defendants. | Case Number 12-cv-00229 NC<br><br>**ORDER VACATING BRIEFING SCHEDULE**<br><br>Re: Docket No. 3 |

　　　In this putative class action brought under California's consumer protection laws, Plaintiff Yordy moves for class certification. Dkt. No. 3. Defendants have not yet served an answer to the complaint, and neither party has filed its consent or declination to proceed under the jurisdiction of a magistrate judge. Because the current briefing schedule for Yordy's motion requires Defendants to file an opposition before their answer to the complaint is due under Federal Rule of Civil Procedure 12, the schedule is VACATED. As this Court cannot hear the motion without the consent of the parties, each party must file its consent or declination to proceed under this Court's jurisdiction by January 27, 2012.

　　　IT IS SO ORDERED.

DATED: January 20, 2012

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 12-cv-00229 NC
ORDER VACATING BRIEFING SCHEDULE