Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. (*pro hac vice pending*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (*pro hac vice pending*)
jordan.heinz@kirkland.com
Sylvia Nichole Winston (*pro hac vice pending*)
sylvia.winston@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Plimus, Inc.
and Great Hill Partners, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIMBERLY YORDY, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>PLIMUS, INC., a California corporation and GREAT HILL PARTNERS, LLC, a Massachusetts limited liability company,<br><br>        Defendant. | CASE NO. 12-CV-00229-TEH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS PLIMUS, INC. AND GREAT HILL PARTNERS, LLC TO ANSWER OR OTHERWISE PLEAD** |

    WHEREAS, on January 13, 2012, Plaintiff Kimberly Yordy filed a Complaint against Defendants Plimus, Inc. ("Plimus") and Great Hill Partners, LLC ("Great Hill).

    WHEREAS, Defendant Great Hill was served with the Complaint on January 17, 2012.

    WHEREAS, Defendant Plimus was served with the Complaint on January 20, 2012.

1  WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant Great
2  Hill must answer or otherwise plead by February 7, 2012.

3  WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant Plimus
4  must answer or otherwise plead by February 10, 2012.

5  IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel, that
6  pursuant to Local Rule 6-1(a), the time for the Defendants Plimus and Great Hill to answer, move, or
7  otherwise respond to the Complaint ("Response Date") shall be extended to and including March 2,
8  2012.

IT IS SO STIPULATED.

DATED: February 2, 2012        KIRKLAND & ELLIS LLP

/s/ Nickolas A. Kacprowski
Nickolas A. Kacprowski
Jeffrey L. Willian, P.C. (*pro hac vice pending*)
Jordan M. Heinz (*pro hac vice pending*)
Sylvia Nichole Winston (*pro hac vice pending*)

*Attorneys for Defendants Plimus, Inc.*
*and Great Hill Partners, LLC*

DATED: February 2, 2012        EDELSON MCGUIRE, LLP

/s/ Sean Patrick Reis
Sean Patrick Reis

*Attorneys for Plaintiff*

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — 02/06/2012 — IT IS SO ORDERED — Judge Thelton E. Henderson]

STIPULATION FOR EXTENSION OF TIME TO        2        12-CV-00229-TEH
ANSWER OR OTHERWISE PLEAD