IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY YORDY,

    Plaintiff,

v.

PLIMUS, INC., and GREAT HILL PARTNERS, LLC,

    Defendants.

NO. C12-0229 TEH

ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

  Plaintiff Kimberly Yordy filed a motion for class certification with her complaint. She further requested that the motion be "entered and continued," and that she be granted leave to file a memorandum in support of the motion following the completion of class-wide discovery. The Court finds Plaintiff's motion to be premature and therefore DENIES it without prejudice. As appears to be her intent, Plaintiff may re-file a motion for class certification following completion of relevant discovery.

**IT IS SO ORDERED.**

Dated: 02/08/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT