|   |   |   |
|---|---|---|
| 1 | Sean P. Reis (SBN 184004) | |
| 2 | sreis@edelson.com<br>EDELSON MCGUIRE LLP | |
| 3 | 30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, California 92688 | |
| 4 | Telephone: (949) 459-2124<br>Facsimile: (949) 459-2123 | |

*Attorneys for Plaintiff Kimberly Yordy*

Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendants Plimus, Inc. and Great Hill Partners, LLC*

[Additional counsel included in signature block.]

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY YORDY, on behalf of herself and all others similarly situated,<br><br>      *Plaintiff*,<br><br>      v.<br><br>PLIMUS, INC., a California corporation, and GREAT HILL PARTNERS, LLC, a Massachusetts limited liability company,<br><br>      *Defendants*. | Case No. 12-cv-00229-TEH<br><br>**STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE RELATED TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Judge: Honorable Thelton E. Henderson<br>Action filed: January 13, 2012 |

Pursuant to Local Rule 7-12 and this Court's Standing Order, Plaintiff Kimberly Yordy and Defendants Plimus, Inc. ("Plimus") and Great Hill Partners, LLC ("Great Hill") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the briefing schedule on Defendants' pending motion to dismiss Plaintiff's Complaint. In support of the instant stipulation, the Parties state as follows:

**WHEREAS**, on January 13, 2012, Plaintiff Yordy filed her putative class action complaint (the "Complaint") against Plimus and Great Hill, (Dkt. No. 1);

**WHEREAS**, on March 2, 2012, Plimus and Great Hill jointly moved to dismiss the Complaint in its entirety, (Dkt. No. 29);

**WHEREAS,** Plaintiff is currently reviewing the arguments made in Defendants' pending motion;

**WHEREAS,** Plaintiff requires additional time to prepare an adequate response to Defendants' motion;

**WHEREAS,** the Parties have conferred regarding Plaintiff's need for additional time to prepare a response to Defendants' motion, and have agreed that she may have an extension of time through and including March 23, 2012, to file her opposition to the motion;

**WHEREAS,** the Parties have further agreed that following the filing of Plaintiff's opposition, Defendants shall have through and including April 6, 2012, to reply in support of their motion;

**WHEREAS**, good cause exists for the extensions of time contemplated herein and such extensions are not sought for any improper purpose;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**:

1. Plaintiff shall have an extension of time through and including March 23, 2012, to file her response to Defendants' pending motion to dismiss the Complaint;

2. Defendants shall have through and including April 6, 2012, to file a reply in support of their motion to dismiss the Complaint; and,

3. All other briefing deadlines with respect to Defendants' pending motion to dismiss the Complaint are hereby vacated.

IT IS SO STIPULATED.

**KIMBERLY YORDY**, on behalf of herself and all others similarly situated,

Dated: March 15, 2012   By: /s/ Sean P. Reis
    One of Plaintiff's Attorneys

Sean P. Reis (SBN 184004)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

**PLIMUS, INC. and GREAT HILL PARTNERS, LLC**,

Dated: March 15, 2012   By: /s/ Jordan M. Heinz
    One of Defendants' Attorneys

Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian (Admitted *Pro Hac Vice*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (Admitted *Pro Hac Vice*)
jordan.heinz@kirkland.com
Sylvia Nichole Winston (Admitted *Pro Hac Vice*)
sylvia.winston@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 03/16/2012

_____
HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*Judge Thelton E. Henderson*