Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. (*admitted pro hac vice*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (*admitted pro hac vice*)
jordan.heinz@kirkland.com
Sylvia Nichole Winston (*admitted pro hac vice*)
sylvia.winston@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Plimus, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY YORDY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLIMUS, INC., a California corporation,<br><br>Defendant. | CASE NO. 12-CV-00229-TEH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PLIMUS, INC. TO ANSWER OR OTHERWISE PLEAD** |

WHEREAS, on January 13, 2012, Plaintiff Kimberly Yordy filed a putative class action complaint (the "Complaint") against Defendants Plimus, Inc. ("Plimus") and Great Hill Partners, LLC ("Great Hill).

WHEREAS, on March 2, 2012, Defendants Plimus and Great Hill filed a joint motion to dismiss the Complaint.

1    WHEREAS, on March 23, 2012, Plaintiff Yordy, in response to the motion to dismiss, filed a First Amended Class Action Complaint ("First Amended Complaint") against Defendant Plimus.

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant Plimus must answer or otherwise plead by April 6, 2012.

IT IS HEREBY STIPULATED AND AGREED by the parties through their counsel, that pursuant to Local Rule 6-1(a), the time for the Defendant Plimus to answer, move, or otherwise respond to the First Amended Complaint ("Response Date") shall be extended to and including April 16, 2012.

IT IS SO STIPULATED.


DATED:  April 2, 2012                    KIRKLAND & ELLIS LLP


*/s/  Jordan M. Heinz*
Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
Kirkland & Ellis LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. (*admitted pro hac vice*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (*admitted pro hac vice*)
jordan.heinz@kirkland.com
Sylvia N. Winston (*admitted pro hac vice*)
sylvia.winston@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200


*Attorneys for Defendant Plimus, Inc.*

1 | DATED: April 2, 2012 EDELSON MCGUIRE, LLP

/s/ Sean Patrick Reis
Sean Patrick Reis
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

04/02/2012

IT IS SO ORDERED

Judge Thelton E. Henderson

STIPULATION FOR EXTENSION OF TIME TO    3    12-CV-00229-TEH
ANSWER OR OTHERWISE PLEAD