IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY YORDY,

            Plaintiff,

     v.

PLIMUS, INC.,

            Defendant.

NO. C12-0229 TEH

ORDER VACATING AS MOOT MOTION TO DISMISS

On March 2, 2012, Defendant Plimus, Inc. filed a motion to dismiss Plaintiff Kimberly Yordy's complaint. This motion was scheduled to be heard by the Court on April 30, 2012. On March 23, 2012, Plaintiff filed an amended complaint, as allowed by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. With good cause appearing, Defendant's pending motion to dismiss is hereby VACATED as moot, as is the hearing previously scheduled to occur on April 30, 2012. The case management conference scheduled for the same day, April 30, 2012, at 3:00 p.m. shall remain as set.

**IT IS SO ORDERED.**

Dated: 4/2/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT