1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

KIMBERLY YORDY,
      Plaintiff,

    v.

PLIMUS, INC., et al.,
      Defendants.
_____/

No. C 12-0229 TEH

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:          November 9, 2012
Mediator:     Geoff Howard

     IT IS HEREBY ORDERED that the request to excuse plaintiff Kimberly Yordy from participating in person at the November 9, 2012, mediation before Geoff Howard is GRANTED. Ms. Yordy shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

     IT IS SO ORDERED.

October 30, 2012
_____   By:     *Elizabeth D. Laporte*
Dated                                   Elizabeth D. Laporte
                                      United States Magistrate Judge