Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. *(admitted pro hac vice)*
jeffrey.willian@kirkland.com
Jordan M. Heinz *(admitted pro hac vice)*
jordan.heinz@kirkland.com
Sylvia Nichole Winston *(admitted pro hac vice)*
sylvia.winston@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Plimus, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIMBERLY YORDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLIMUS, INC.,<br><br>　　　　Defendant. | CASE NO. 12-CV-00229-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Thelton E. Henderson<br>Date:　November 26, 2012<br>Time:　1:30 pm |

Pursuant to paragraph 4 of Judge Thelton E. Henderson's Standing Order, the parties jointly stipulate to appear telephonically at the Case Management Conference scheduled in the above-referenced matter on November 26, 2012 at 1:30PM (*see* Dkt. No. 55) should the Court permit such telephonic appearance.

DATED: November 13, 2012

/s/ Benjamin H. Richman[1]
Rafey S. Balabanian *(admitted pro hac vice)*
rbalabanian@edelson.com
Benjamin H. Richman *(admitted pro hac vice)*
brichman@edelson.com
Christopher L. Dore *(admitted pro hac vice)*
cdore@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois  60654
Telephone: (312) 589-6370

*Attorneys for Plaintiff Kimberly Yordy*

/s/ Jordan M. Heinz
Jeffrey L. Willian, P.C. *(admitted pro hac vice)*
jeffrey.willian@kirkland.com
Jordan M. Heinz *(admitted pro hac vice)*
jordan.heinz@kirkland.com
Sylvia Nichole Winston *(admitted pro hac vice)*
sylvia.winston@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Nickolas A. Kacprowski
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant Plimus, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/14/2012                       _____
Honorable Thelton E. Henderson

_____
[1] I, Jordan M. Heinz, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Appear Telephonically at Case Management Conference.  In compliance with L.R. 5.1(i)(3), I hereby attest that the following attorney has concurred in this filing: Benjamin H. Richman, counsel for Plaintiff.