IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY YORDY,

            Plaintiff,

   v.

PLIMUS, INC.,

            Defendant.

NO. C12-0229 TEH

ORDER VACATING PLAINTIFF'S MOTION TO EXTEND DISCOVERY CUTOFF

     Plaintiff Kimberly Yordy filed a motion to extend the discovery cutoff on January 28, 2013, and noticed her motion for hearing on March 4, 2013. Pursuant to Civil Local Rule 6-1(b), any such motion must be filed pursuant to Civil Local Rule 6-3. Plaintiff failed to follow that rule, which limits the motion to no more than five pages and does not contemplate a hearing unless ordered by the Court. Accordingly, the motion is VACATED. On or before **January 30, 2013**, Plaintiff shall re-file her motion in accordance with Civil Local Rule 6-3. Defendant's response shall be governed by Civil Local Rule 6-3(b).

**IT IS SO ORDERED.**

Dated: 01/29/13

                             THELTON E. HENDERSON, JUDGE
                             UNITED STATES DISTRICT COURT