UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| Case No.: 12-cv-00229-TEH (JCS) | Case Name: Yordy v. Plimus, Inc |
|---|---|
| Magistrate Judge: Joseph C. Spero | Date: March 15, 2013  Time: 9:39-9:47 (8 M) |

Attorney for Plaintiff: Christopher Dore
Attorney for Defendant: Jordan Heinz

Deputy Clerk: Karen Hom          Court Reporter: JoAnn Bryce

## PROCEEDINGS

1. Motion for Extension of Time to Complete   -   DENIED  except as ordered.
   Discovery [dkt no. 73]

## ORDERED AFTER HEARING

Parties may take the deposition of Mr. Kohn in Israel within sixty (60) days.

**NOTES:**

**CASE CONTINUED TO:**          at 1:30 PM for a further case management conference.

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**

**Number of Depos:**                                 **Discovery Cutoff:**
**Expert Disclosure:**                               **Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing  at 9:30 AM     Pretrial Conference at 1:30 PM**
**Trial:  a**t **8:30 AM for   days [ ]  Jury  [ ]  Court**

**Order to be prepared by:**
[ ] Plaintiff        [ ] Defendant         [ ] Court
**cc:**
*(T) = Telephonic Appearance