Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant* Plimus, Inc.

Sean P. Reis (SBN 184004)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

*Attorneys for Plaintiff Kimberly Yordy and the putative class*

[Additional counsel included in signature block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIMBERLY YORDY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLIMUS, INC., a California corporation,<br><br>Defendant. | CASE NO. 12-CV-00229-TEH<br><br>**THIRD AMENDED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: April 1, 2013<br>Time: 1:30 p.m.<br><br>Judge: Honorable Thelton E. Henderson |

Pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011, Civil Local Rule 16-9, and the Court's February 11, 2013 Order (Dkt. No. 76), Plaintiff Kimberly Yordy ("Yordy") and Defendant Plimus, Inc. ("Plimus") respectfully submit this Third Amended Joint Case Management Statement in advance of the April 1, 2013 Case Management Conference. Counsel for the Parties have met and conferred and agreed upon this Joint Case Management Statement. Pursuant to the Court's directive, the Parties have only included supplemental information in this submission that differs from the Parties' February 4, 2013 Second Amended Case Management Statement.

1. **Motions**: There are no motions currently pending.

2. **Discovery**: The fact discovery deadline has now passed. Pursuant to Judge Spero's March 15, 2013 Order, Plaintiff's Motion for Extension of Discovery is denied, though Plaintiff may take the deposition of Plimus employee Ari Kohn in Israel within the sixty (60) days of the Order. (Dkt. 84.)

During the discovery period, the Parties each served several sets of written discovery requests and both Parties produced documents. In addition, Plaintiff served subpoenas for documents and testimony on third-party Great Hill Partners, LLC, who has responded. Further, Plaintiff took the depositions of four Plimus employees, and Plimus took the deposition of Plaintiff.

3. **Settlement and ADR**: The Parties participated in a mediation presided over by Court-appointed mediator Geoff Howard of Bingham McCutchen on November 8, 2012. The Parties had additional discussions following the mediation with Mr. Howard, but no resolution was reached.

4. **Scheduling**:

   A. **Fact Discovery (Class & Merits Issues)**: The fact discovery period is now closed.

   B. **Expert Discovery**: Plaintiff proposes that if Plaintiff intends to rely on expert testimony, she be required to serve the disclosures required by FED. R. CIV. P. 26(a)(2), related to both class issues and the merits of Plaintiff's claims, no later than forty-five (45) days following the deposition of Ari Kohn or, if Plaintiff does not proceed with Mr. Kohn's deposition, forty-five (45) days following the expiration of the sixty (60) day period for Plaintiffs to take Mr. Kohn's deposition. Plimus proposes that if Plaintiff intends to rely on expert testimony, she be required to serve the disclosures required by FED. R. CIV. P. 26(a)(2), related to both class issues and the merits of Plaintiff's claims, no later than thirty (30) days following the deposition of Ari Kohn or, if Plaintiff does not proceed with Mr. Kohn's deposition, thirty (30) days following the expiration of the sixty (60) day period for Plaintiffs to take Mr. Kohn's deposition. Thereafter, Plimus shall have forty-five (45) days to take the deposition(s) of Plaintiff's expert(s), if any, and disclose rebuttal experts. Then, Plaintiff shall have one (1) month to take the deposition(s) of Plimus's rebuttal expert(s), if any.

**C.     Class Certification Briefing**:

The Parties propose that Plaintiff be required to file a supplemental memorandum in support of her pending motion for class certification no later than the close of expert discovery. If both parties do not disclose any experts pursuant to FED. R. CIV. P. 26(a)(2), Plaintiff proposes she file her supplemental memorandum no later than sixty (60) days following the deposition of Ari Kohn or, if Plaintiff does not proceed with Mr. Kohn's deposition, sixty (60) days following the expiration of the sixty (60) day period for Plaintiffs to take Mr. Kohn's deposition, and Plimus proposes that Plaintiff file her supplemental memorandum no later than forty-five (45) days following the deposition of Ari Kohn or, if Plaintiff does not proceed with Mr. Kohn's deposition, forty-five (45) days following the expiration of the sixty (60) day period for Plaintiffs to take Mr. Kohn's deposition. Thirty (30) days thereafter, Defendant shall file a response in opposition to the motion, and Plaintiff shall then have fourteen (14) days to reply in support of the motion.

**D.     Dispositive Motions**: The Parties propose that all dispositive motions should be filed no later than sixty (60) days after ruling on Plaintiff's Motion for Class Certification. Oppositions should be due no later than thirty (30) days following the filing of any dispositive motion, and replies should be due fourteen (14) days thereafter. Hearings on dispositive motions shall be set at the Court's convenience.

**E.     Final Pre-trial Order**: The Parties propose that a final pretrial order be due forty-five (45) days after the ruling on any dispositive motion. The Parties further propose that a final pretrial conference be set at the Court's convenience.

**F.     Trial**: The Parties presently believe this case should be ready for trial no later than January 13, 2014.

**4.     Other Matters**: The Parties are unaware of any other matters that may facilitate the just, speedy, and inexpensive disposition of this action at this time.

Respectfully submitted,

**KIRKLAND & ELLIS LLP**

Dated: March 26, 2013        By:      /s/ Jordan M. Heinz
                                    One of Defendant's Attorneys

Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. (*admitted pro hac vice*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (*admitted pro hac vice*)
jordan.heinz@kirkland.com
Sylvia N. Winston (*admitted pro hac vice*)
sylvia.winston@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Plimus, Inc.*

**KIMBERLY YORDY**, individually and on behalf of all others similarly situated,

Dated: March 26, 2013        By:      /s/ Christopher L. Dore
                                    One of Plaintiff's Attorneys

Sean P. Reis (SBN 184004)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

**GENERAL ORDER 45 ATTESTATION**

    I, Christopher L. Dore, am the ECF user whose ID and password are being used to file this **THIRD AMENDED JOINT CASE MANAGEMENT STATEMENT**. In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing: Jordan M. Heinz.

                                                  /s/ Christopher L. Dore

## CERTIFICATE OF SERVICE

I, Christopher L. Dore, an attorney, hereby certify that on March 26, 2013, I served the above and foregoing *THIRD AMENDED JOINT CASE MANAGEMENT STATEMENT*, by causing true and accurate copies of such paper to be filed and served upon all counsel of record via the Court's CM/ECF electronic filing system, on this the 26th day of March, 2013.

/s/ Christopher L. Dore