Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. *(admitted pro hac vice)*
jeffrey.willian@kirkland.com
Jordan M. Heinz *(admitted pro hac vice)*
jordan.heinz@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Plimus, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIMBERLY YORDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PLIMUS, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | CASE NO. 12-CV-00229-TEH-JCS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION** <br><br> Judge:  Hon. Thelton E. Henderson |

Pursuant to paragraph 3 of Judge Thelton E. Henderson's Standing Order, the parties jointly stipulate to continue the hearing date on Plaintiff's Supplemental Motion for Class Certification from September 23, 2013 at 10:00AM PT to October 7, 2013 at 10:00AM PT.  (*See* Dkt. No. 106 (setting hearing date for September 23).)

DATED: August 12, 2013

/s/ Benjamin H. Richman[1]
Rafey S. Balabanian *(admitted pro hac vice)*
rbalabanian@edelson.com
Benjamin H. Richman *(admitted pro hac vice)*
brichman@edelson.com
Christopher L. Dore *(admitted pro hac vice)*
cdore@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois  60654
Telephone: (312) 589-6370

*Attorneys for Plaintiff Kimberly Yordy*

/s/ Jordan M. Heinz
Jeffrey L. Willian, P.C. *(admitted pro hac vice)*
jeffrey.willian@kirkland.com
Jordan M. Heinz *(admitted pro hac vice)*
jordan.heinz@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Nickolas A. Kacprowski
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant Plimus, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 08/13/2013            _____
                              Honorable Thelton E. Henderson

---

[1] I, Jordan M. Heinz, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Hearing Date on Plaintiff's Supplemental Motion For Class Certification.  In compliance with L.R. 5.1(i)(3), I hereby attest that the following attorney has concurred in this filing:  Benjamin H. Richman, counsel for Plaintiff.