SEAN P. REIS (SBN 184004)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

*Attorneys for Plaintiff* KIMBERLY YORDY
*and the putative class*

Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
Kirkland & Ellis LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. (*admitted pro hac vice*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (*admitted pro hac vice*)
jordan.heinz@kirkland.com
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant* PLIMUS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIMBERLY YORDY, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff*,<br><br>    v.<br><br>PLIMUS, INC., a California corporation,<br><br>       *Defendant*. | Case No. 12-cv-00229-TEH<br><br>**PARTIES' JOINT STIPULATED REQUEST FOR ENTRY OF A REVISED CASE SCHEDULE RELATED TO CLASS CERTIFICATION, SUMMARY JUDGMENT AND TRIAL**<br><br>Judge:  Honorable Thelton E. Henderson |

1   Plaintiff Kimberly Yordy ("Yordy") and Defendant Plimus, Inc. ("Plimus"), by and through

2   their undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and L.R. 6-2,

3   hereby stipulate for entry of a revised case schedule related to class certification, summary

4   judgment and trial. In support of the instant stipulation, the Parties state as follows:

5   WHEREAS, on April 1, 2013, this Court entered a scheduling Order setting a trial to begin

6   on January 21, 2014 (Dkt. 88);

7   WHEREAS, by Order entered October 29, 2013, the Court denied Plaintiff's Supplemental

8   Motion for Class Certification (Dkt. 116);

9   WHEREAS, Plaintiff has represented that she intends, subject to the Court's approval, to

10  file a renewed motion for certification of a narrower proposed class than she previously sought to

11  certify in her Supplemental Motion for Class Certification (Dkt. 95);

12  WHEREAS, Plimus has represented that it intends to file a motion for summary judgment;

13  WEHREAS, counsel for the Parties have conferred and agreed that, in light of the Parties'

14  anticipated motions, the January trial date and related deadlines in this matter should be continued

15  to allow for full briefing and hearings on the same;

16  WHEREAS, the Parties have further agreed to the briefing schedule on Plaintiff's

17  anticipated renewed motion for class certification as outlined in the chart on page 3, below;

18  WHEREAS, the Parties have not, however, reached agreement on a proposed briefing

19  schedule on Plimus's anticipated motion for summary judgment and therefore, have proposed

20  separate briefing schedules on the motion as outlined in the chart on page 3, below;

21  WHEREAS, Plaintiff has represented that she believes dispositive motion practice should

22  not proceed until after the Court rules upon her anticipated renewed motion for class certification;

23  WHEREAS, Plimus has represented that it believes that briefing Plaintiff's renewed motion

24  for class certification and Plimus's motion for summary judgment at the same time will streamline

25  the issues left to be resolved by this Court.  Indeed, as the Court noted in its October 29, 2013

26  Order Denying Plaintiff's Motion for Class Certification, the Court may consider the merits of

27  Plaintiff's claims where "class considerations are enmeshed in the factual and legal issues

28  comprising the plaintiff's cause of action."  (*See* Dkt. No. 116, at 4 (internal quotation and citation

omitted).) Given that the asserted claims turn on whether Plimus was involved in or responsible for the alleged false advertising of any of the UDWs, this Court will be considering the merits of those claims when determining whether common and typical questions are presented by the proposed class. Accordingly, Plimus believes that it would be more expeditious for the parties and the Court if the parties briefed both class certification and summary judgment simultaneously;

WHEREAS, the Parties' propose the following schedule of revised case deadlines:

| EVENT | PLAINTIFF'S PROPOSED DEADLINE | DEFENDANT'S PROPOSED DEADLINE |
|---|---|---|
| *Plaintiff's Deadline to File Renewed Motion for Class Certification* | November 18, 2013 | |
| *Defendant's Deadline to Oppose Renewed Motion for Class Certification* | December 23, 2013 | |
| *Plaintiff's Deadline to File Reply in Support of Renewed Motion for Class Certification* | January 6, 2014 | |
| *Hearing on Renewed Motion for Class Certification* | January 27, 2014 | |
| *Deadline to File Dispositive Motions* (Currently October 28, 2013) | Sixty (60) days following the Court's ruling on Plaintiff's Renewed Motion for Class Certification | December 23, 2013 |
| *Deadline to File Oppositions to Dispositive Motions* | Thirty (30) days following the filing of any dispositive motions | January 6, 2014 |
| *Deadline to File Reply Briefs in Support of Dispositive Motions* | Fourteen (14) days following the filing of any oppositions to any dispositive motions | January 20, 2014 |
| *Hearing on Defendant's Motion for Summary Judgment* | At the Court's convenience. | January 27, 2014 |
| *Deadline to File Final Pre-Trial Conference Statement* (Currently December 27, 2013) | Forty-five (45) days following the Court's ruling on any dispositive motion | Forty-five (45) days following the Court's ruling on Plaintiff's renewed motion for class certification or Plimus's motion for summary judgment, whichever is later |

| | | |
|---|---|---|
| *Pretrial Conference* (Currently January 6, 2014) | At the Court's convenience | At the Court's convenience |
| *Trial to Begin* (Currently January 21, 2014) | July 8, 2014 | At the Court's convenience |

WHEREAS, the Parties have not previously sought any modification to the deadlines outlined above;

WHEREAS, the relief requested herein is not sought for any improper purpose and good cause exists to grant the same;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. The current trial date and related deadlines in this matter shall be continued in the Court's discretion.

2. The Court, in its discretion, shall set a briefing schedule and hearing date on Plaintiff's anticipated renewed motion for class certification (if at all).

3. The Court, in its discretion, shall set a briefing schedule and hearing date on Defendant's anticipated motion for summary judgment (if at all).

IT IS SO STIPULATED.

**KIMBERLY YORDY**, individually and on behalf of all others similarly situated,

Dated: November 14, 2013    By: */s/ Benjamin H. Richman*
     One of Plaintiff's Attorneys

Sean P. Reis (SBN 184004)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

1
2
DATED:  November 14, 2013

**KIRKLAND & ELLIS LLP**,

3
By:  */s/ Jordan M. Heinz*
     One of Defendant's Attorneys

4
Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
5
Kirkland & Ellis LLP
555 California Street
6
San Francisco, California  94104
Telephone: (415) 439-1400
7
Facsimile: (415) 439-1500

8
Jeffrey L. Willian, P.C. (*admitted pro hac vice*)
jeffrey.willian@kirkland.com
9
Jordan M. Heinz (*admitted pro hac vice*)
jordan.heinz@kirkland.com
10

11
KIRKLAND & ELLIS LLP
300 North LaSalle
12
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jordan M. Heinz, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing *Parties' Joint Stipulated Request for Entry of a Revised Case Schedule Related to Class Certification, Summary Judgment and Trial*, and that the above-referenced signatory to this stipulation has concurred in this filing.

**/s/ Jordan M. Heinz**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **PARTIES' JOINT STIPULATED REQUEST FOR ENTRY OF A REVISED CASE SCHEDULE RELATED TO CLASS CERTIFICATION, SUMMARY JUDGMENT, AND TRIAL** via the CM/ECF system on November 14, 2013.

DATED: November 14, 2013

                                        */s/ Jordan M. Heinz*
                                        Jordan M. Heinz