Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. *(admitted pro hac vice)*
jeffrey.willian@kirkland.com
Jordan M. Heinz *(admitted pro hac vice)*
jordan.heinz@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Plimus, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIMBERLY YORDY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PLIMUS, INC., a California corporation,<br><br>*Defendant*. | CASE NO. 12-CV-00229-TEH<br><br>**ORDER REVISING CASE SCHEDULE RELATED TO CLASS CERTIFICATION, SUMMARY JUDGMENT, AND TRIAL**<br><br>Judge: Hon. Thelton E. Henderson |

This matter coming before the Court on the Parties' Joint Stipulated Request for Entry of A Revised Case Schedule Related to Class Certification, Summary Judgment, and Trial, Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-2,

**IT IS HEREBY ORDERED:**

1.  Plaintiff's Deadline to file Renewed Motion for Class Certification is November 18, 2013;

2.  Defendant's Deadline to Oppose Renewed Motion for Class Certification is December 23, 2013;

3.  Plaintiff's Deadline to File Reply in Support of Renewed Motion for Class Certification is

1  January 6, 2014;

2  4.   The hearing on Plaintiff's Renewed Motion for Class Certification is set for January 27,
3  2014;

4  5.   The deadline for the parties to file dispositive motions is sixty (60) days following the
5  Court's ruling on Plaintiff's Renewed Motion for Class Certification;

6  6.   The deadline for the parties to file oppositions to dispositive motions is thirty (30) days
7  following the filing of any dispositive motions;

8  7.   The deadline for the parties to file reply briefs in support of dispositive motions is fourteen
9  (14) days following the filing of any opposition to any dispositive motions;

10 8.   The hearing on Defendant's Motion for Summary Judgment will be set at the Court's
11 convenience;

12 9.   The deadline for the parties to file their final pre-trial conference statement is forty-five (45)
13 days following the Court's ruling on any dispositive motion;

14 10.  The Pretrial Conference will be set at the Court's convenience;

15 11.  Trial will begin at the Court's convenience.

16     **IT IS SO ORDERED.**

20 ENTERED: 11/14/13

_____
Honorable Thelton E. Henderson