UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY YORDY,

    Plaintiff,

v.

PLIMUS, INC,

    Defendant.

Case No. 12-cv-00229-TEH

**ORDER TO SHOW CAUSE RE: PARTIES' FAILURE TO FILE A JOINT ADMINISTRATIVE MOTION TO SEAL DOCUMENTS**

On November 25, 2013, Plaintiff Kimberly Yordy ("Yordy") filed an administrative motion to file documents under seal in connection with her renewed motion for class certification. Defendant Plimus, Inc. ("Plimus") was the party that had designated the documents "Confidential," and, therefore, under Civil Local Rule 79-5(e)(1), was required to file a declaration "establishing that all of the designated material is sealable" within four days. Plimus did not file such a declaration.

On December 3, 2013, the Court, citing its doubts as to whether the documents were sealable, ordered the parties to meet and confer on the matter and to file a joint administrative motion to file documents under seal on or before December 13, 2013. The motion was to be supported by declarations establishing the sealability of the documents.

To date, the parties have not submitted a joint administrative motion to seal documents.[1]

Accordingly, with good cause appearing, the parties are HEREBY ORDERED to SHOW CAUSE as to why the Court should not impose sanctions, including the initiation

---

[1] Instead, on December 23, 2013, Plimus submitted its opposition to Yordy's motion for class certification, along with its own administrative motion to file documents under seal. On January 6, 2014, Yordy submitted her reply brief, which also included an administrative motion to file documents under seal. These submissions raised similar concerns with the Court as Yordy's original submission, including whether copies of e-mails from Plimus offering services to its clients, or deposition transcripts regarding Plimus's organizational structure warrant sealing.

of contempt proceedings, for failing to comply with the Court's December 3, 2013 order. The Court is also considering the appointment of a special master, paid for by the parties, to assist them in identifying sealable documents.  The show cause hearing shall be held on Monday, **January 27, 2014, at 10:00 AM**, in Courtroom No. 2, 450 Golden Gate Avenue, San Francisco, California.  If the parties wish to file a written response, they must do so on or before Wednesday, **January 15, 2014**.

IT IS FURTHER ORDERED that the hearing on Yordy's motion for class certification, scheduled for January 27, 2014, is VACATED pending resolution of this matter.

**IT IS SO ORDERED.**

Dated:   1/7/14

_____
THELTON E. HENDERSON
United States District Judge