Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. (*admitted pro hac vice*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (*admitted pro hac vice*)
jordan.heinz@kirkland.com
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Plimus, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIMBERLY YORDY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLIMUS, INC., a California corporation,<br><br>Defendant. | CASE NO. 12-CV-00229-TEH-JCS<br><br>**DEFENDANT PLIMUS, INC'S. NON-OPPOSITION TO THE PUBLIC FILING OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF HER RENEWED MOTION FOR CLASS CERTIFICATION** |

| | |
|---|---|
| 1 | On January 6, 2014, Plaintiff Kimberly Yordy ("Plaintiff") filed her Reply Brief in support of her Renewed Motion for Class Certification. (Dkt. No. 126). Plaintiff's Reply contained redactions of certain information relevant to Plimus's business operations. Following review of the redacted information, Plimus does not oppose the public filing of Plaintiff's Reply Brief in its entirety. Accordingly, Plimus respectfully requests that this Court deny Plaintiff's Administrative Motion to File Documents Under Seal, (*id.*), and permit Plaintiff to publicly file its Reply publicly in its entirety. |

Dated: January 9, 2014

Respectfully submitted,

/s/ *Jordan M. Heinz*
Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. (*admitted pro hac vice*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (*admitted pro hac vice*)
jordan.heinz@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200