Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. (*admitted pro hac vice*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (*admitted pro hac vice*)
jordan.heinz@kirkland.com
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Plimus, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIMBERLY YORDY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLIMUS, INC., a California corporation,<br><br>Defendant. | CASE NO. 12-CV-00229-TEH-JCS<br><br>**DEFENDANT PLIMUS, INC.'S NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

DEFENDANT'S NOTICE OF WITHDRAWAL
OF ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL

12-CV-00229-TEH

1  On December 23, 2013, Defendant Plimus, Inc. filed its Motion for Summary Judgment and Opposition to Plaintiff's Renewed Motion for Class Certification ("Plimus's Motion"). (Dkt. No. 124.) In conjunction with Plimus's Motion, Plimus filed an Administrative Motion to File Documents Under Seal and identified exhibits and portions of its Motion that it was seeking to file under seal. (*Id.*) In light of the Court's December 3, 2013 Order providing guidance on what type of information the Court considers properly sealable (Dkt. No. 123), Plimus has re-evaluated the exhibits and portions of its Motion that it originally sought to keep under seal and withdraws its Administrative Motion to File Documents Under Seal. Plimus will promptly file its Motion and supporting exhibits on the public docket in their entirety.

Dated: January 9, 2014

Respectfully submitted,

/s/ *Jordan M. Heinz*
Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. (*admitted pro hac vice*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (*admitted pro hac vice*)
jordan.heinz@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Plimus, Inc.*