Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Kimberly Yordy*

Jeffrey L. Willian, P.C. (Admitted *pro hac vice*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (Admitted *pro hac vice*)
jordan.heinz@kirkland.com
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant Plimus, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY YORDY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PLIMUS, INC., a California corporation,<br><br>*Defendant*. | Case No. 12-cv-00229-TEH<br><br>**PARTIES' STIPULATION TO DISMISS *WITH PREJUDICE* PURSUANT TO FED. R. CIV. P. 41**<br><br>Judge: Honorable Thelton E. Henderson<br>Action filed: January 13, 2012 |

STIPULATION TO DISMISS        1        CASE NO. 12-CV-00229-TEH

1  Plaintiff Kimberly Yordy ("Yordy") and Defendant Plimus, Inc. ("Plimus") (collectively,
2 the "Parties"), by and through their undersigned counsel, hereby stipulate and agree pursuant to
3 Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Yordy's claims in this action,
4 *with prejudice*. In support of the instant stipulation, the Parties state as follows:
5  WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties may stipulate to the
6 dismissal of this action without a Court order;
7  WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal of Yordy's
8 individual claims against Plimus in this action *with prejudice*; and
9  WHEREAS, the Parties have further agreed that they shall each bear their own attorneys'
10 fees and expenses incurred in any way related to this action.
11  NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:
12  1)  Plaintiff Yordy's claims against Plimus in this action shall be dismissed *with*
13 *prejudice*; and
14  2)  The Parties shall each bear their own attorneys' fees and expenses incurred in any
15 way related to this action.
16  IT SO STIPULATED.

17  **KIMBERLY YORDY**,

18 Dated: June 13, 2014        By: /s/ Benjamin H. Richman
                                        One of Plaintiff's Attorneys
19
                                    Rafey S. Balabanian (Admitted *Pro Hac Vice*)
20                                  rbalabanian@edelson.com
                                    Benjamin H. Richman (Admitted *Pro Hac Vice*)
21                                  brichman@edelson.com
                                    Christopher L. Dore (Admitted *Pro Hac Vice*)
22                                  cdore@edelson.com
                                    EDELSON PC
23                                  350 North LaSalle Street, Suite 1300
                                    Chicago, Illinois 60654
24                                  Tel: (312) 589-6370
                                    Fax: (312) 589-6378
25

26

27

28

|   |   |   |
|---|---|---|
| 1 |   | Mark S. Eisen (SBN – 289009) |
|   |   | meisen@edelson.com |
| 2 |   | EDELSON PC |
|   |   | 555 West Fifth Street, 31st Floor |
| 3 |   | Los Angeles, California 90013 |
|   |   | Tel: 213.533.4100 |
|   |   | Fax: 213.947.4251 |

**PLIMUS, INC.**,

Dated: June 13, 2014         By: /s/ Jordan M. Heinz
                                  One of Defendant's Attorneys

Nickolas A. Kacprowski (SBN 242684)
nickolas.kacprowski@kirkland.com
Kirkland & Ellis LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Jeffrey L. Willian, P.C. (Admitted *pro hac vice*)
jeffrey.willian@kirkland.com
Jordan M. Heinz (Admitted *pro hac vice*)
jordan.heinz@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

### **FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Benjamin H. Richman, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing ***Parties' Stipulation to Dismiss With Prejudice Pursuant to Fed. R. Civ. P. 41***, and that the above-referenced signatory to this stipulation has concurred in this filing.

/s/ Benjamin H. Richman



06/16/2014
IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA